Ryan Gile, Esq.
rg@gilelawgroup.com
Nevada Bar No. 8807
**GILE LAW GROUP LTD.**
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Tel. (702) 703-7288

*Attorney for Plaintiff BMF Wallets, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BMF WALLETS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MIRAMAX, LLC,<br><br>　　　　　Defendant. | Case 2:21-cv-02181-RFB-DJA<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

　　　　Pursuant to Federal Rule of Civil Procedure 6(b)(1), LR 7-1(c), and LR IA 6-1, Plaintiff BMF Wallets, LLC and Defendant Miramax, LLC, hereby move this Court for a 30-day extension of time for Defendant to file and serve its answer or otherwise respond to the Complaint (ECF No. 1). Defendants were served on December 15, 2021, and so the current response deadline is January 5, 2022.  Counsel for Defendant contacted Plaintiff's counsel and requested a 30-day extension of time in order to give the parties time to memorialize an agreed-upon settlement of the matter through the upcoming holidays.  For this reason, this extension request is made for good cause and not for purposes of delay. The parties hereby agree that Defendant shall have up to and including February 4, 2022, to answer or otherwise respond to the Complaint (ECF No. 1). This is the first request by the parties for such an extension.

/ / /

/ / /

/ / /

/ / /

GLG-30500

1

For the foregoing reasons, the parties hereby stipulate and agree to extend the deadline for the Defendant to answer or otherwise respond to the Complaint from January 5, 2022, to February 4, 2022.

Dated: December 21, 2021

Respectfully Submitted,

**GILE LAW GROUP, LTD.**

*/s/ Ryan Gile*
Ryan Gile, Esq.
Nevada Bar No. 8807
**rg@gilelawgroup.com**
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Tel. (702) 703-7288

*Attorney for Plaintiff BMF Wallets, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2021, I served a full, true and correct copy of the foregoing **STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** via email on the following parties:

**Charlene Minx, Esq.**
**Minx Law, PC**
401 Wilshire Boulevard, Suite 1200
Santa Monica, California 90401
Direct:  (424) 252-4717
Tel:  (424) 250-8068
charlene@minxlaw.com

*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　*/s/ Ryan Gile*
　　　　　　　　　　　　　　　　　　Employee, Gile Law Group Ltd.

GLG-30500

3